EL PUEBLO, DEMANDANTE Y APELADO, *v.* VILLEGAS, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Segunda, en causa por infracción al artículo 162 del Código Penal.

No. 1795.—Resuelto en diciembre 5, 1921.

EDAD DEL ACUSADO—PRUEBA DE LA EDAD.—Una certificación del Registro Civil creditiva de que Francisco Villegas de Jesús era menor de edad el día 2 de noviembre de 1920 no prueba que el acusado Francisco de Jesús Villegas fuera menor de edad en dicha fecha, en ausencia de prueba demostrativa de que se trata de la misma persona.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Manuel F. Rossy.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Francisco Villegas de Jesús fué acusado de haberse inscrito como elector en el precinto de Guaynabo de la jurisdicción de Río Piedras para las elecciones del 2 de noviembre de 1920 sabiendo que en esta fecha no tenía 21 años de edad.

En el recurso interpuesto por el acusado contra la sentencia que lo condenó por infracción del artículo 162 del Código Penal el fiscal de este tribunal se ha adherido a la petición del apelante de que revoquemos la sentencia y lo absolvamos.

Examinadas las pruebas que se presentaron en el juicio resulta que la acusación presentó una certificación del acta de nacimiento de Francisco de Jesús Villegas según la cual éste no tenía veintiún años el día de las elecciones, siendo así que la acusación está dirigida no contra Francisco de Jesús Villegas sino contra Francisco Villegas de Jesús y aunque tal vez se trata de la misma persona por haber alterado el acusado el orden de sus apellidos al inscribirse, sin embargo no habiéndose presentado prueba alguna tendente a demostrar que se trata de la misma persona, tenemos que convenir que no se probó en el juicio que el apelante Francisco Villegas de Jesús que se inscribió como elector en el precinto de Guaynabo no tenía veintiún años el día de las elecciones, pues la certificación que presentó el fiscal se refiere por su faz a otra persona cuyo padre era de apellido de Jesús y la madre Villegas, ya que entre nosotros el primer apellido que se usa corresponde al del padre y el segundo al de la madre.

La sentencia apelada debe ser revocada y absolverse al acusado.

> *Revocada la sentencia apelada y absuelto el acusado.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.